IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY SCOTT DUSCH,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 06-cv-4016-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 02-cr-40080** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| <u>May 23, 2006</u> | By: | <u>s/ J. Phil Gilbert</u> |
| *Date* | | *District Judge* |